## THE STATE ex rel. ZURMUEHLEN, Collector, v. BANK OF TIPTON, Appellant.

**Division One, May 30, 1906.**

**TAXATION: Assessment Against Bank.** Taxes assessed against a bank upon the value of its capital stock less real estate, assessed *in solido,* are not a valid assessment.

Appeal from Moniteau Circuit Court.— *Hon. Jas. E. Hazell,* Judge.

REVERSED.

*W. M. Williams* and *Roy D. Williams* for appellant.

The assessment sued on against the Bank of Tipton was void and the judgment of the court below should be reversed. The Bank of Tipton is a corporation and the assessment should have been against its shareholders. The petition alleges that the assessment was made against the bank and hence failed to state a cause of action; and the invalidity of the assessment is apparent from the assessor's books, the assessment list and the taxbill introduced in evidence. State ex rel. v. First National Bank of Carterville, 180 Mo. 717; Same v. Miners' Bank of Joplin, 181 Mo. 1.

PER CURIAM.—This is an action by the State at the relation of the collector of Moniteau county against The Bank of Tipton, a banking corporation duly organized under the laws of this State, to recover personal taxes assessed against said bank upon the value of its capital stock less real estate, assessed *in solido* against the bank.

The judgment was for the plaintiff, and the defendant appeals.

This case in all its essential features is like the case of State ex rel. Wilson v. First National Bank of Carterville, 180 Mo. 717, and Same v. Miners' Bank of Joplin, 181 Mo. 1; and upon the authority of those cases, the judgment of the circuit court is reversed.